IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CENTENNIAL SCHOOL DISTRICT, | : | CIVIL ACTION NO. 08-982 |
| Plaintiff, | : | |
| v. | : | |
| PHIL L. and LORI L. ex. rel. MATTHEW L., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **26th** day of **March, 2010,** for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the cross motions for judgment on the administrative record and/or summary judgment (docs. no. 48 & 50) are both **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the case is **REMANDED** to the Hearing Officer to properly consider all the evidence in the record and the mitigating effect of Matthew's ADHD medication to determine Matthew's eligibility under Section 504.

**IT IS FURTHER ORDERED** that the case is placed in **SUSPENSE** until further order of the Court.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**