IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CENTENNIAL SCHOOL DISTRICT, | : | CIVIL ACTION NO. 08-982 |
| Plaintiff, | : | |
| v. | : | |
| PHIL L. and LORI L. ex. rel. MATTHEW L., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **29th** day of **July, 2011**, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the cross motions for judgment on the administrative record and/or summary judgment (docs. no. 68 & 70.) are **GRANTED** in part and **DENIED** in part.

The Plaintiff's motion is **GRANTED** as to Plaintiff's request that the Court vacate the decisions of Hearing Officer Bateman and Hearing Officer Carroll insofar as they found that Matthew was § 504 eligible from mid-January 2007 to the end of the 2007-2008 school year.

The Defendants' motion is **GRANTED** as to Defendants' request that the Court affirm Hearing Officer Bateman's decision insofar as he found that Matthew was § 504 from February 2006 to mid-January 2007.

It is **FURTHER ORDERED** that the case is **REMANDED** to the Hearing Officer for findings of fact and conclusions of law as to

whether Matthew was denied a FAPE from February 2006 to mid-January 2007 and, if so, what amount of compensatory education is appropriate.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**